## STATE v. HENRY G. BENNETT.

No. A-10512.    Oct. 11, 1945.
(162 P. 2d 580.)

Randell S. Cobb, Atty. Gen., E. J. Broaddus, Asst. Atty. Gen., and Dixie Gilmer, Co. Atty., and M. S. Simms and John L. Ward, Jr., Asst. Co. Attys., all of Tulsa, for plaintiff in error.

F. A. Rittenhouse, of Oklahoma City, Swank & Swank, of Stillwater, Blakeney & Blakeney, of Oklahoma City, Ownby & Warren, of Tulsa, Welch & Welch, of Madill, and W. Hendrix Wolf and John Monk, both of Stillwater, for defendant in error.

PER CURIAM. Defendant, Henry G. Bennett, was charged with the crime of perjury in Tulsa county. The trial court sustained a motion to quash the indictment, after hearing testimony, and the state appealed.

At the time of the oral argument in this court on December 4, 1944, the state abandoned its appeal in this case, and for this reason the judgment and sentence of the district court of Tulsa county is affirmed. Bennett v. District Court of Tulsa County et al., 81 Okla. Cr. 351, 162 P. 2d 561.